UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANGELO RUIZ,

    Petitioner,

v.

J. BEARD, et al.,

    Respondents.

Case No. 14-cv-04697-VC

**JUDGMENT**

The petition for writ of habeas corpus having been dismissed, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANGELO RUIZ,

    Plaintiff,

  v.

J. BEARD, et al.,

    Defendants.

Case No.   14-cv-04697-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Angelo Ruiz ID: K-05937
Pelican Bay State Prison D9#101 (SHU)
P.O. Box 7500
Crescent City, CA 95532

Dated: 12/8/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA